EDWARD H. KUBO, JR.  2499
United States Attorney
District of Hawaii

MICHAEL K. KAWAHARA  1460
Assistant U.S. Attorney
Room 6100, PJKK Federal Bldg.
300 Ala Moana Blvd.
Honolulu, Hawaii  96850
Telephone: 541-2850
Facsimile: 541-2958
Mike.Kawahara@usdoj.gov

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO. 05-00232-03 DAE |
| | ) |
| Plaintiff, | ) GOVERNMENT'S SENTENCING |
| | ) STATEMENT; CERTIFICATE OF |
| vs. | ) SERVICE |
| | ) |
| ERIC ESTRADA BALLESTEROS,(03), | ) Date:  March 13, 2006 |
| | ) Judge: Hon. J. Michael Seabright |
| Defendant. | ) |
| _____ | ) |

GOVERNMENT'S SENTENCING STATEMENT

The government has no objections to the proposed pre-sentence report.

DATED:  January 26, 2006, at Honolulu, Hawaii.

                              EDWARD H. KUBO, JR.
                              United States Attorney
                              District of Hawaii


                              By /s/Michael K. Kawahara
                                  MICHAEL K. KAWAHARA
                                  Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

      I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

Served by First Class Mail:

1. Mr. Joseph R. Mottl, III          January 26, 2006
   Attorney at Law
   63 Merchant St.
   Honolulu, HI 96813

   Attorney for Defendant
   Eric Estrada Ballesteros

2. Probation Officer                January 26, 2006
   300 Ala Moana Blvd.,
   Box 50111, Rm. C-126
   Honolulu, HI 96850

                                            /s/Rowena N. Kang