ORIGINAL

JOSEPH R. MOTTL III #3118
Attorney at Law
63 Merchant Street
Honolulu, HI 96813
Phone: 808-533-6612

Attorney for Defendant
ERIC ESTRADA BALLESTEROS

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 0 6 2006

at __ o'clock and __ min. __ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>Vs.<br><br>ERIC ESTRADA BALLESTEROS, (03),<br><br>    Defendant. | CR. NO. 05-00232-03 JMS<br><br>DEFENDANT'S SENTENCING STATEMENT; CERTIFICATE OF SERVICE<br><br>Date: March 13, 2006<br>Judge: Hon. J. Michael Seabright |

### DEFENDANT'S SENTENCING STATEMENT

Defendant Eric Estrada Ballesteros has no objections to the presentence report dated January 23, 2006.

Dated at Honolulu, Hawaii, February 6, 2006.

_____
JOSEPH R. MOTTL
Attorney for Defendant
ERIC ESTRADA BALLESTEROS (3)

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served by hand delivery on February 6, 2006, upon:

> United States Attorney
> EDWARD H. KUBO, JR.
> MICHAEL K. KAWAHARA
> Room 6100, PJKK Federal Bldg.
> 300 Ala Moana Blvd.
> Honolulu, HI 96850
>
> Attorneys for United States of America
>
>
> Probation Officer
> 300 Ala Moana Blvd. Rm. C-126
> Honolulu, Hawaii 96850

Dated at Honolulu, Hawaii, February 6, 2006.

_____
JOSEPH R. MOTTL