

*Rick Villasenor / Owner*

February 20, 2006

To Whom It May Concern:

This letter is to inform you that Eric Estrada Ballesteros, Social Security Number # 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 has been employed with RAV Construction since November 20, 2005. His hourly rate is $12.50 per hour and he receives bi-weekly salary. The company pay period is on 5th and 20th of each month.

Eric has been great asset to the company. He is always on time, hard worker, and a great team player. I am looking forward to working with him indefinitely.

Please feel free to call me at 415-239-4181 or (707) 815-0599.

Sincerely,

Rick Villasenor
Owner

4047 Tokay Drive    Napa, CA 94558    707•815•0599    Fax 707•255•8133    Ca. Lic. # 805313