

September 14, 2005

Re: Eric B.

To Whom It May Concern:

My name is Mervyn Wool. I am the youth coordinator at The Beat Within, a weekly publication of writing and art from young people in the juvenile justice system (established in 1996) and beyond. I have had the privilege to work with Eric B. in the offices, and also as an classmate at school.

I am writing you today on behalf of Eric B. as a friend and also as an ex-employer.

I first met Eric at Heald College of San Francisco where I completed my Associate Art of Science degree in Informational Technology. When I first met Eric, people always say that the first impression if the most important one, and Eric struck me as a young man who strives to succeed in life.

At school, Eric can be annoying at time because he's one of those who raises his hand every time he has a question and always be asking the teacher a bunch of question. But at times, he is a very sociable and respectful person to work with. He shares his opinion and ideas among all his classmates and he doesn't hesitate to help whenever someone needs help.

At work, Eric has never given me or any other supervisors any problems. He is self motivated, works effectively and fast. Eric has never been late to work and I can always count on him to complete an given assignment.

I have definitely enjoyed working with Eric as a classmate and also as colleagues at work. I know Eric has broke the law and done something wrong, but who has made a mistake in their whole life? I know I have and I was given a chance to proof to society, myself, and those that love me that I can change. I believe every one deserves a second chance and I hope whoever reads this will put this into consideration for Eric.

If there is any doubt, questions, or concerns, please do contact me. Thank you for your time.

Respectfully,

Mervyn Wool
Youth Coordinator, *The Beat Within*
275 9th Street
San Francisco CA 94103
415-503-4170
www.thebeatwithin.org