September 26, 2005

To whom it may concern,

    I am writing on behalf of Eric Ballesteros, my older brother. I would like to share with you a few qualities about my brother. Eric is definitely a genuine person. He has always been there for me growing up. Knowing I have him to come to with any situation I encounter, has helped me through the years. He is a very giving person and never hesitates to help me out.

    Eric possess a selfless personality, he puts others before himself. A quality that can either make or break him. Because he is my brother it is a quality that has benefited me growing up and I thank God that I am blessed with such a caring brother.

    Like most young adults Eric has goals and ambitions of his own. He has proved to our family that if he puts his mind into a certain goal, he can and will accomplish it. By doing so, he has earned his associates degree. Eric surprised us all with his efforts when he missed our family boat cruise, just to keep a perfect attendance record at school! It brings me great joy to express Eric's determination for a successful future.

Please take into consideration his efforts to prove himself as a humble, goal oriented individual.

Thank you for your time.

Sincerely,

Angela Ballesteros