Palarca Family
140 Dogwood Lane
Vallejo, CA 94591

September 25, 2005

To whom it may concern,

This letter is written with care, concern and love for our nephew Eric Ballesteros. Eric is, without a doubt, a very caring and unselfish individual. He gives of himself without concern of himself. Some people may consider this a flaw but we consider it one of Eric's best characteristics. His genuine concern for others is shown by his willingness to help and to go out of his way for others. An example of this is Eric's protectiveness over our children (his cousins) and his willingness to be there for them when needed.

We are very proud of Eric's accomplishments. He is the first in the family to obtain his AS degree in the field of Information Technology. He was bright enough to complete the curriculum but yet humble enough to ask for help from his Uncle in the same field in order to achieve excellence.

We are proud to call Eric our nephew and, without hesitation, believe he has a bright future ahead of him.

Sincerely,

*Nanette Palarca*

Nanette Palarca
On behalf of Loureli & Nanette Palarca
(Uncle & Aunt)