September 26, 2005

    This letter is with concern and in good faith for my grandson Eric Ballesteros. We Know Eric very well since he was a little boy and up to now. Eric never miss or forgot to Pray before he eats his meals. He is a very polite, courteous, loving and caring person. Without hesitant, he always helps his friends, relatives, neighbors. As for example of helping He often helps to fix their cars. Eric is an honest good worker who has received many merit Awards form his previous employer. Graduated from Heald College he has obtained an AS in Computer Technology.

    We are very proud of Eric's characteristics and we know he will benefit in the future. With our love and prayer, we thank you for your kind consideration.

Sincerely,

Juanito D. Estrada            Luz S. Estrada