# heald COLLEGE

**Student Academic Transcript - Official**

Name : Ballesteros, Eric
Student ID : 1660632
SSN : XXX-XX-0961

Heald College San Francisco Campus
350 Mission Street
San Francisco, CA 94105
United States

Print Date : 2006-02-16

- - - - - Beginning of Undergraduate Record - - - - -

Program : Technology Standard Day
Plan : IT-Technical Support AAS Major

**Jul03 (2003-07-22 to 2003-10-02)**

| Course | Description | Attempted | Earned | Grade | Points | Attend |
|---|---|---|---|---|---|---|
| COMP APP 104 | Intro to Software Applications | 3.00 | 3.00 | A | 12.000 | 100% |
| ENGL 10 | Essential Language Skills | 3.00 | 3.00 | B | 9.000 | 100% |
| INFOTECH 105 | Networking Concepts | 3.00 | 3.00 | B | 9.000 | 100% |
| MATH 10 | Essential Math | 3.00 | 3.00 | B | 9.000 | 100% |
| OFF SKLS 101 | Keyboarding | 3.00 | 3.00 | B | 9.000 | 97% |

TERM GPA : 3.200    CUM GPA : 3.200    TERM TOTALS : 15.00  15.00  48.000
CUM TOTALS : 15.00  15.00  48.000

**Oct03 (2003-10-15 to 2004-01-08)**

| Course | Description | Attempted | Earned | Grade | Points | Attend |
|---|---|---|---|---|---|---|
| ENGL 105 | Composition and Reading | 4.00 | 4.00 | B | 12.000 | 94% |
| INFOTECH 115 | Core Hardware Technologies | 6.00 | 6.00 | A | 24.000 | 97% |
| INFOTECH 125 | Operating System Technologies | 6.00 | 6.00 | B | 18.000 | 97% |

TERM GPA : 3.375    CUM GPA : 3.290    TERM TOTALS : 16.00  16.00  54.000
CUM TOTALS : 31.00  31.00  102.000

Program : Technology Standard Day
Plan : IT-Network Systems Admin AAS Major

**Jan04 (2004-01-21 to 2004-04-01)**

| Course | Description | Attempted | Earned | Grade | Points | Attend |
|---|---|---|---|---|---|---|
| ENGL 155 | College Composition/Research | 4.00 | 4.00 | B | 12.000 | 94% |
| INFOTECH 130 | Intro to Programming Concepts | 3.00 | 3.00 | C | 6.000 | 88% |
| INFOTECH 205 | Intro to Client/Server Network | 6.00 | 6.00 | A | 24.000 | 100% |
| MATH 103 | Elementary Algebra | 4.00 | 4.00 | B | 12.000 | 89% |

TERM GPA : 3.529    CUM GPA : 3.375    TERM TOTALS : 17.00  17.00  60.000
CUM TOTALS : 48.00  48.00  162.000

Program : Technology Standard Day
Plan : IT-Network Systems Admin AAS Major

**Apr04 (2004-04-14 to 2004-07-01)**

| Course | Description | Attempted | Earned | Grade | Points | Attend |
|---|---|---|---|---|---|---|
| COMP APP 221 | Database Management | 3.00 | 3.00 | C | 6.000 | 71% |
| ENGL 265 | Contemp Lit Cultural Perspect | 4.00 | 4.00 | C | 8.000 | 86% |
| INFOTECH 215 | Advanced Networking | 6.00 | 6.00 | B | 18.000 | 95% |
| MATH 121 | Intermediate Algebra | 4.00 | 4.00 | B | 12.000 | 97% |

TERM GPA : 2.588    CUM GPA : 3.169    TERM TOTALS : 17.00  17.00  44.000
CUM TOTALS : 65.00  65.00

**Jul04 (2004-07-21 to 2004-09-30)**

Program : Technology Standard Day

Invalid without Heald College corporate Embossed seal.

# heald COLLEGE

**Student Academic Transcript - Official**

Heald College San Francisco Campus
350 Mission Street
San Francisco, CA 94105
United States

| | |
|---|---|
| Name | : Ballesteros, Eric |
| Student ID: | 1640632 |
| SSN | : XXX-XX-0961 |

Page 2 of 2

| Course | Description | Attempted | Earned | Grade | Points | Attempt# |
|---|---|---|---|---|---|---|
| Plan : IT-Network Systems Admin AAS Major | | | | | | |
| ENGL 226 | Prof Career Development | 4.00 | 4.00 | B | 12.000 | 90% |
| INFOTECH 211 | Graduation Project Plan Phase | 1.00 | 1.00 | A | 4.000 | 90% |
| INFOTECH 220 | Introduction to Linux | 6.00 | 0.00 | D | 0.000 | 85% |
| Repeated | : Exclude from Academic Progress | | | | | |
| INFOTECH 260 | Introduction to Computer Secur | 3.00 | 3.00 | D | 3.000 | 80% |
| PHYSICS 270 | Introduction to Physics | 4.00 | 4.00 | C | 8.000 | 80% |
| | TERM GPA : 2.250 | TERM TOTALS : 18.00 | 12.00 | | 27.000 | |
| | CUM GPA : 3.026 | CUM TOTALS : 83.00 | 77.00 | | 233.000 | |

Ostrb (2004-10-20 to 2005-01-13)

Program : Technology Standard Day
Plan : IT-Network Systems Admin AAS Major

| Course | Description | Attempted | Earned | Grade | Points | Attempt# |
|---|---|---|---|---|---|---|
| INFOTECH 212 | Graduation Project Comp Phase | 1.00 | 1.00 | A | 4.000 | 90% |
| INFOTECH 265 | Advanced Database Concepts | 6.00 | 6.00 | B | 18.000 | 90% |
| INFOTECH 270 | Introduction to Routing Concep | 3.00 | 3.00 | B | 9.000 | 85% |
| INFOTECH 275 | Technical Customer Support | 3.00 | 3.00 | B | 9.000 | 87% |
| PSYCH 220 | Introduction to Psychology | 4.00 | 4.00 | B | 12.000 | 90% |
| | TERM GPA : 3.059 | TERM TOTALS : 17.00 | 17.00 | | 52.000 | |
| | CUM GPA : 3.032 | CUM TOTALS : 100.00 | 94.00 | | 285.000 | |

JanS5 (2005-01-26 to 2005-04-07)

Program : Technology Standard Day
Plan : IT-Network Systems Admin AAS Major

| Course | Description | Attempted | Earned | Grade | Points | Attempt# |
|---|---|---|---|---|---|---|
| INFOTECH 220 | Introduction to Linux | 6.00 | 6.00 | C | 12.000 | 100% |
| | TERM GPA : 2.000 | TERM TOTALS : 6.00 | 6.00 | | 12.000 | |
| | CUM GPA : 2.970 | CUM TOTALS : 106.00 | 100.00 | | 297.000 | |

- - - - - Document Awarded - - - - -

Degree : Associate in Applied Science
Confer Date : 2005-04-07
Plan : Information Technology with an emphasis in Network Systems Administration

- - - - - Non-Course Milestones - - - - -

Keyboarding Speed
Keyboarding speed = 38 words per minute

AUTHORIZED SIGNATURE

End of Transcript

Invalid without Heald Colleges Embossed Seal

Home > Manage Student Records > Manage Academic Records > Use > **Student Attendance Roster** New Window

# Student Attendance Roster

Eric Ballesteros **ID:** 1640632

| | | | | | |
|---|---|---|---|---|---|
| **Term:** | October 2004 Quarter | **Academic Career:** | Undergraduate | **Academic Institution:** | Heald-San Francisco Campus |

| | | | |
|---|---|---|---|
| **Class Nbr:** | 8133 | Graduation Project, Comp Phase | **Class Section:** 0001 |
| **CatalogSubject Area: Nbr:** | INFOTECH 212 | | **Course Component:** Lecture |
| **Academic Group:** | Technology Programs | | **Session:** Regular |
| **Status/ Reason:** | Enrolled  /  Enrolled | | |
| | Erskine,Robertson | | **Status Date:** 09/22/2004 |

| Attendance Date | Type | | Description | Present | Tardy | Left Early | From Time | To Time | Te |
|---|---|---|---|---|---|---|---|---|---|
| 10/21/2004 | MTG | 🔍 | Class Meeting | ✓ | | | 1:40PM | 2:30PM | |
| 10/28/2004 | MTG | 🔍 | Class Meeting | ✓ | | | 1:40PM | 2:30PM | |
| 11/02/2004 | MTG | 🔍 | Class Meeting | ✓ | | | 1:40PM | 2:30PM | |
| 11/09/2004 | MTG | 🔍 | Class Meeting | ✓ | | | 1:40PM | 2:30PM | |
| 11/16/2004 | MTG | 🔍 | Class Meeting | | | | | | |
| 11/23/2004 | MTG | 🔍 | Class Meeting | ✓ | | | 1:40PM | 2:30PM | |
| 11/30/2004 | MTG | 🔍 | Class Meeting | ✓ | | | 1:40PM | 2:30PM | |
| 12/07/2004 | MTG | 🔍 | Class Meeting | ✓ | | | 1:40PM | 2:30PM | |
| 12/14/2004 | MTG | 🔍 | Class Meeting | ✓ | | | 1:40PM | 2:30PM | |
| 01/04/2005 | MTG | 🔍 | Class Meeting | ✓ | | | 1:40PM | 2:30PM | |
| 01/11/2005 | MTG | 🔍 | Class Meeting | ✓ | | | 1:40PM | 2:30PM | |

Return To Student Attendance

 Save

Home > Manage Student Records > Manage Academic Records > Use > **Student Attendance Roster** New Window

## Student Attendance Roster

Eric Ballesteros                                                    **ID:**    1640632

| **Term:** | October 2004 Quarter | **Academic Career:** | Undergraduate | **Academic Institution:** | Heald-San Francisco Campus |
|---|---|---|---|---|---|

| Class Nbr: | 7605 | Introduction to Routing Concep | **Class Section:** 0001 | |
|---|---|---|---|---|
| CatalogSubject Area: Nbr: | INFOTECH 270 | | **Course Component:** | Lecture |
| Academic Group: | Technology Programs | | **Session:** | Regular |
| Status/ Reason: | Enrolled    /    Enrolled | | | |
| | Mathison,John E | | **Status Date:** | 09/22/2004 |

| Attendance Date | Type | | Description | Present | Tardy | Left Early | From Time | To Time | Te |
|---|---|---|---|---|---|---|---|---|---|
| 10/21/2004 | MTG | 🔍 | Class Meeting | ✓ | | | 8:00AM | 9:40AM | |
| 10/26/2004 | MTG | 🔍 | Class Meeting | | | | | | |
| 10/28/2004 | MTG | 🔍 | Class Meeting | ✓ | | | 8:00AM | 9:40AM | |
| 11/02/2004 | MTG | 🔍 | Class Meeting | ✓ | | | 8:00AM | 9:40AM | |
| 11/04/2004 | MTG | 🔍 | Class Meeting | ✓ | | | 8:00AM | 9:40AM | |
| 11/09/2004 | MTG | 🔍 | Class Meeting | | | | | | |
| 11/11/2004 | MTG | 🔍 | Class Meeting | ✓ | | | 8:00AM | 9:40AM | |
| 11/16/2004 | MTG | 🔍 | Class Meeting | | | | | | |
| 11/18/2004 | MTG | 🔍 | Class Meeting | ✓ | | | 8:00AM | 9:40AM | |
| 11/23/2004 | MTG | 🔍 | Class Meeting | ✓ | | | 8:00AM | 9:40AM | |
| 11/30/2004 | MTG | 🔍 | Class Meeting | ✓ | | | 8:00AM | 9:40AM | |
| 12/02/2004 | MTG | 🔍 | Class Meeting | ✓ | | | 8:00AM | 9:40AM | |
| 12/07/2004 | MTG | 🔍 | Class Meeting | ✓ | | | 8:00AM | 9:40AM | |
| 12/09/2004 | MTG | 🔍 | Class Meeting | ✓ | | | 8:00AM | 9:40AM | |
| 12/14/2004 | MTG | 🔍 | Class Meeting | ✓ | | | 8:00AM | 9:40AM | |
| 12/16/2004 | MTG | 🔍 | Class Meeting | ✓ | | | 8:00AM | 9:40AM | |
| 01/04/2005 | MTG | 🔍 | Class Meeting | ✓ | | | 8:00AM | 9:40AM | |
| 01/06/2005 | MTG | 🔍 | Class Meeting | ✓ | | | 8:00AM | 9:40AM | |
| 01/11/2005 | MTG | 🔍 | Class Meeting | ✓ | | | 8:00AM | 9:40AM | |
| 01/13/2005 | MTG | 🔍 | Class Meeting | ✓ | | | 8:00AM | 9:40AM | |

Return To Student Attendance

Home > Manage Student Records > Manage Academic Records > Use > **Student Attendance Roster**    New Window

# Student Attendance Roster

Eric Ballesteros                                                                    **ID:**   1640632

| | | | | | |
|---|---|---|---|---|---|
| **Term:** | October 2004 Quarter | **Academic Career:** | Undergraduate | **Academic Institution:** | Heald-San Francisco Campus |

| | | | |
|---|---|---|---|
| Class Nbr: | 7570 | Advanced Database Concepts | **Class Section:** 0001 |
| CatalogSubject Area: Nbr: | INFOTECH 265 | | **Course Component:** Lecture |
| Academic Group: | Technology Programs | | **Session:** Regular |
| Status/ Reason: | Enrolled / Enrolled | | |
| | Bender,Patrick K. | | **Status Date:** 09/22/2004 |

| Attendance Date | Type | Description | Present | Tardy | Left Early | From Time | To Time | T |
|---|---|---|---|---|---|---|---|---|
| 10/20/2004 | MTG | Class Meeting | ✓ | | | 8:00AM | 11:30AM | |
| 10/25/2004 | MTG | Class Meeting | | | | | | |
| 10/27/2004 | MTG | Class Meeting | ✓ | | | 8:00AM | 11:30AM | |
| 11/01/2004 | MTG | Class Meeting | ✓ | ✓ | | 8:00AM | 11:30AM | |
| 11/03/2004 | MTG | Class Meeting | ✓ | | | 8:00AM | 11:30AM | |
| 11/08/2004 | MTG | Class Meeting | | | | | | |
| 11/10/2004 | MTG | Class Meeting | ✓ | | | 8:00AM | 11:30AM | |
| 11/15/2004 | MTG | Class Meeting | ✓ | | | 8:00AM | 11:30AM | |
| 11/17/2004 | MTG | Class Meeting | ✓ | | | 8:00AM | 11:30AM | |
| 11/22/2004 | MTG | Class Meeting | ✓ | | | 8:00AM | 11:30AM | |
| 11/24/2004 | MTG | Class Meeting | ✓ | | | 8:00AM | 11:30AM | |
| 11/29/2004 | MTG | Class Meeting | ✓ | | | 8:00AM | 11:30AM | |
| 12/01/2004 | MTG | Class Meeting | ✓ | | | 8:00AM | 11:30AM | |
| 12/06/2004 | MTG | Class Meeting | ✓ | | | 8:00AM | 11:30AM | |
| 12/08/2004 | MTG | Class Meeting | ✓ | | | 8:00AM | 11:30AM | |
| 12/13/2004 | MTG | Class Meeting | ✓ | | | 8:00AM | 11:30AM | |
| 12/15/2004 | MTG | Class Meeting | ✓ | | | 8:00AM | 11:30AM | |
| 01/05/2005 | MTG | Class Meeting | ✓ | | | 8:00AM | 11:30AM | |
| 01/10/2005 | MTG | Class Meeting | ✓ | | | 8:00AM | 11:30AM | |
| 01/12/2005 | MTG | Class Meeting | ✓ | | | 8:00AM | 11:30AM | |

Return To Student Attendance

## Student Attendance Roster

Eric Ballesteros                                    **ID:**    1640632

| | | | | |
|---|---|---|---|---|
| **Term:** | October 2004 Quarter | **Academic Career:** | Undergraduate | |
| | | **Academic Institution:** | Heald-San Francisco Campus | |

| | | | |
|---|---|---|---|
| **Class Nbr:** | 7576 | Technical Customer Support | **Class Section:** 0001 |
| **CatalogSubject Area: Nbr:** | INFOTECH 275 | | **Course Component:** Lecture |
| **Academic Group:** | Technology Programs | | **Session:** Regular |
| **Status/ Reason:** | Enrolled / Enrolled | | |
| | Garcia,Jorge L | | **Status Date:** 09/22/2004 |

| Attendance Date | Type | Description | Present | Tardy | Left Early | From Time | To Time | T |
|---|---|---|---|---|---|---|---|---|
| 10/20/2004 | MTG 🔍 | Class Meeting | ✓ | | | 11:40AM | 12:30PM | |
| 10/21/2004 | MTG 🔍 | Class Meeting | ✓ | | | 11:40AM | 12:30PM | |
| 10/25/2004 | MTG 🔍 | Class Meeting | ✓ | | | | | |
| 10/26/2004 | MTG 🔍 | Class Meeting | ✓ | | | 11:40AM | 12:30PM | |
| 10/27/2004 | MTG 🔍 | Class Meeting | ✓ | | | 11:40AM | 12:30PM | |
| 10/28/2004 | MTG 🔍 | Class Meeting | ✓ | | | 11:40AM | 12:30PM | |
| 11/01/2004 | MTG 🔍 | Class Meeting | ✓ | | | 11:40AM | 12:30PM | |
| 11/02/2004 | MTG 🔍 | Class Meeting | ✓ | | | 11:40AM | 12:30PM | |
| 11/03/2004 | MTG 🔍 | Class Meeting | ✓ | | | 11:40AM | 12:30PM | |
| 11/04/2004 | MTG 🔍 | Class Meeting | ✓ | | | 11:40AM | 12:30PM | |
| 11/08/2004 | MTG 🔍 | Class Meeting | | | | | | |
| 11/09/2004 | MTG 🔍 | Class Meeting | ✓ | | | 11:40AM | 12:30PM | |
| 11/10/2004 | MTG 🔍 | Class Meeting | ✓ | | | 11:40AM | 12:30PM | |
| 11/11/2004 | MTG 🔍 | Class Meeting | | | | | | |
| 11/15/2004 | MTG 🔍 | Class Meeting | ✓ | | | 11:40AM | 12:30PM | |
| 11/16/2004 | MTG 🔍 | Class Meeting | | | | | | |
| 11/17/2004 | MTG 🔍 | Class Meeting | ✓ | | | 11:40AM | 12:30PM | |
| 11/18/2004 | MTG 🔍 | Class Meeting | ✓ | | | 11:40AM | 12:30PM | |
| 11/22/2004 | MTG 🔍 | Class Meeting | ✓ | | | 11:40AM | 12:30PM | |
| 11/23/2004 | MTG 🔍 | Class Meeting | ✓ | | | 11:40AM | 12:30PM | |
| 11/24/2004 | MTG 🔍 | Class Meeting | ✓ | | | 11:40AM | 12:30PM | |
| 11/29/2004 | MTG 🔍 | Class Meeting | ✓ | | | 11:40AM | 12:30PM | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 11/30/2004 | 📅 | MTG | 🔍 | Class Meeting | ✓ | 11:40AM | 12:30PM |
| 12/01/2004 | 📅 | MTG | 🔍 | Class Meeting | ✓ | 11:40AM | 12:30PM |
| 12/02/2004 | 📅 | MTG | 🔍 | Class Meeting | ✓ | 11:40AM | 12:30PM |
| 12/06/2004 | 📅 | MTG | 🔍 | Class Meeting | ✓ | 11:40AM | 12:30PM |
| 12/07/2004 | 📅 | MTG | 🔍 | Class Meeting | ✓ | 11:40AM | 12:30PM |
| 12/08/2004 | 📅 | MTG | 🔍 | Class Meeting | ✓ | 11:40AM | 12:30PM |
| 12/09/2004 | 📅 | MTG | 🔍 | Class Meeting | ✓ | 11:40AM | 12:30PM |
| 12/13/2004 | 📅 | MTG | 🔍 | Class Meeting | ✓ | 11:40AM | 12:30PM |
| 12/14/2004 | 📅 | MTG | 🔍 | Class Meeting | ✓ | 11:40AM | 12:30PM |
| 12/15/2004 | 📅 | MTG | 🔍 | Class Meeting | | | |
| 12/16/2004 | 📅 | MTG | 🔍 | Class Meeting | ✓ | 11:40AM | 12:30PM |
| 01/04/2005 | 📅 | MTG | 🔍 | Class Meeting | | | |
| 01/05/2005 | 📅 | MTG | 🔍 | Class Meeting | ✓ | 11:40AM | 12:30PM |
| 01/06/2005 | 📅 | MTG | 🔍 | Class Meeting | ✓ | 11:40AM | 12:30PM |
| 01/10/2005 | 📅 | MTG | 🔍 | Class Meeting | ✓ | 11:40AM | 12:30PM |
| 01/11/2005 | 📅 | MTG | 🔍 | Class Meeting | ✓ | 11:40AM | 12:30PM |
| 01/12/2005 | 📅 | MTG | 🔍 | Class Meeting | ✓ | 11:40AM | 12:30PM |
| 01/13/2005 | 📅 | MTG | 🔍 | Class Meeting | ✓ | 11:40AM | 12:30PM |

Return To Student Attendance

 Save

Home > Manage Student Records > Manage Academic Records > Use > **Student Attendance Roster** New Window

## Student Attendance Roster

Eric Ballesteros                                                    **ID:**    1640632

| | | | | |
|---|---|---|---|---|
| **Term:** | October 2004 Quarter | **Academic Career:** | Undergraduate | |
| | | | **Academic Institution:** | Heald-San Francisco Campus |

| | | | |
|---|---|---|---|
| Class Nbr: | 7588 | Introduction to Psychology | **Class Section:** 0002 |
| CatalogSubject Area: Nbr: | PSYCH | 220 | **Course Component:** Lecture |
| Academic Group: | Business Programs | | **Session:** Regular |
| Status/ Reason: | Enrolled / Enrolled | | **Status Date:** 09/22/2004 |
| | Dickinson,Richard | | |

| Attendance Date | Type | Description | Present | Tardy | Left Early | From Time | To Time | Te |
|---|---|---|---|---|---|---|---|---|
| 10/20/2004 | MTG | Class Meeting | ✓ | | | 12:40PM | 1:30PM | |
| 10/21/2004 | MTG | Class Meeting | ✓ | | | 12:40PM | 1:30PM | |
| 10/25/2004 | MTG | Class Meeting | | | | | | |
| 10/26/2004 | MTG | Class Meeting | ✓ | | | 12:40PM | 1:30PM | |
| 10/27/2004 | MTG | Class Meeting | ✓ | | | 12:40PM | 1:30PM | |
| 10/28/2004 | MTG | Class Meeting | ✓ | | | 12:40PM | 1:30PM | |
| 11/01/2004 | MTG | Class Meeting | ✓ | | | 12:40PM | 1:30PM | |
| 11/02/2004 | MTG | Class Meeting | ✓ | | | 12:40PM | 1:30PM | |
| 11/03/2004 | MTG | Class Meeting | ✓ | | | 12:40PM | 1:30PM | |
| 11/04/2004 | MTG | Class Meeting | ✓ | | | 12:40PM | 1:30PM | |
| 11/08/2004 | MTG | Class Meeting | | | | | | |
| 11/09/2004 | MTG | Class Meeting | ✓ | | | 12:40PM | 1:30PM | |
| 11/10/2004 | MTG | Class Meeting | ✓ | | | 12:40PM | 1:30PM | |
| 11/11/2004 | MTG | Class Meeting | ✓ | | | 12:40PM | 1:30PM | |
| 11/15/2004 | MTG | Class Meeting | ✓ | | | 12:40PM | 1:30PM | |
| 11/16/2004 | MTG | Class Meeting | | | | | | |
| 11/17/2004 | MTG | Class Meeting | ✓ | | | 12:40PM | 1:30PM | |
| 11/18/2004 | MTG | Class Meeting | ✓ | | | 12:40PM | 1:30PM | |
| 11/22/2004 | MTG | Class Meeting | ✓ | | | 12:40PM | 1:30PM | |
| 11/23/2004 | MTG | Class Meeting | ✓ | | | 12:40PM | 1:30PM | |
| 11/24/2004 | MTG | Class Meeting | ✓ | | | 12:40PM | 1:30PM | |
| 11/29/2004 | MTG | Class Meeting | ✓ | | | 12:40PM | 1:30PM | |



| 11/30/2004 | MTG | Class Meeting | | 12:40PM | 1:30PM |
|---|---|---|---|---|---|
| 12/01/2004 | MTG | Class Meeting | | 12:40PM | 1:30PM |
| 12/02/2004 | MTG | Class Meeting | | 12:40PM | 1:30PM |
| 12/06/2004 | MTG | Class Meeting | | 12:40PM | 1:30PM |
| 12/07/2004 | MTG | Class Meeting | | 12:40PM | 1:30PM |
| 12/08/2004 | MTG | Class Meeting | | 12:40PM | 1:30PM |
| 12/09/2004 | MTG | Class Meeting | | 12:40PM | 1:30PM |
| 12/13/2004 | MTG | Class Meeting | | 12:40PM | 1:30PM |
| 12/14/2004 | MTG | Class Meeting | | 12:40PM | 1:30PM |
| 12/15/2004 | MTG | Class Meeting | | 12:40PM | 1:30PM |
| 12/16/2004 | MTG | Class Meeting | | 12:40PM | 1:30PM |
| 01/04/2005 | MTG | Class Meeting | | | |
| 01/05/2005 | MTG | Class Meeting | | 12:40PM | 1:30PM |
| 01/06/2005 | MTG | Class Meeting | | 12:40PM | 1:30PM |
| 01/10/2005 | MTG | Class Meeting | | 12:40PM | 1:30PM |
| 01/11/2005 | MTG | Class Meeting | | 12:40PM | 1:30PM |
| 01/12/2005 | MTG | Class Meeting | | 12:40PM | 1:30PM |
| 01/13/2005 | MTG | Class Meeting | | 12:40PM | 1:30PM |

Return To Student Attendance

 Save

Home > Manage Student Records > Manage Academic Records > Use > **Student Attendance**    New Window

## Student Attendance

| | | |
|---|---|---|
| **ID:** | 1640632 | Ballesteros,Eric |
| **Career:** | UGRD | Undergraduate |
| **Institution:** | HC001 | Heald-San Francisco Campus |
| **Term:** | 2045 | July 2004 Quarter |

| Enrolled Classes | | | First  1-5 of 5  Last |
|---|---|---|---|
| **Class Number** | **Class Title** | **Academic Career** | **Academic Institution** |
| 30527 | Prof Career Development | Undergraduate | Heald-San Francisco Campus |
| 30540 | Introduction to Physics | Undergraduate | Heald-San Francisco Campus |
| 30544 | Introduction to Linux | Undergraduate | Heald-San Francisco Campus |
| 30545 | Graduation Project, Plan Phase | Undergraduate | Heald-San Francisco Campus |
| 30613 | Introduction to Computer Secur | Undergraduate | Heald-San Francisco Campus |

 Return to Search |  Next in List |  Previous in List

Home > Manage Student Records > Manage Academic Records > Use > **Student Attendance Roster** New Window

## Student Attendance Roster

Eric Ballesteros                                        **ID:**  1640632

| **Term:** | July 2004 Quarter | **Academic Career:** | Undergraduate | **Academic Institution:** | Heald-San Francisco Campus |
|---|---|---|---|---|---|

| | | | |
|---|---|---|---|
| **Class Nbr:** | 30527 | Prof Career Development | **Class Section:** 0002 |
| **CatalogSubject Area: Nbr:** | ENGL    226 | | **Course Component:** Lecture |
| **Academic Group:** | Business Programs | | **Session:** Regular |
| **Status/ Reason:** | Enrolled    /    Enrolled | | |
| | Erskine,Robertson | | **Status Date:** 06/01/2004 |

| Attendance Date | Type | Description | Present | Tardy | Left Early | From Time | To Time | Te |
|---|---|---|---|---|---|---|---|---|
| 07/21/2004 | MTG | Class Meeting | ✓ | | | 12:40PM | 1:30PM | |
| 07/22/2004 | MTG | Class Meeting | ✓ | | | 12:40PM | 1:30PM | |
| 07/26/2004 | MTG | Class Meeting | ✓ | | | 12:40PM | 1:30PM | |
| 07/27/2004 | MTG | Class Meeting | ✓ | | | 12:40PM | 1:30PM | |
| 07/28/2004 | MTG | Class Meeting | ✓ | | | 12:40PM | 1:30PM | |
| 07/29/2004 | MTG | Class Meeting | ✓ | | | 12:40PM | 1:30PM | |
| 08/02/2004 | MTG | Class Meeting | ✓ | | | 12:40PM | 1:30PM | |
| 08/03/2004 | MTG | Class Meeting | ✓ | | | 12:40PM | 1:30PM | |
| 08/04/2004 | MTG | Class Meeting | ✓ | | | 12:40PM | 1:30PM | |
| 08/05/2004 | MTG | Class Meeting | ✓ | | | 12:40PM | 1:30PM | |
| 08/09/2004 | MTG | Class Meeting | ✓ | | | 12:40PM | 1:30PM | |
| 08/10/2004 | MTG | Class Meeting | ✓ | | | 12:40PM | 1:30PM | |
| 08/11/2004 | MTG | Class Meeting | ✓ | | | 12:40PM | 1:30PM | |
| 08/12/2004 | MTG | Class Meeting | ✓ | | | 12:40PM | 1:30PM | |
| 08/16/2004 | MTG | Class Meeting | | | | | | |
| 08/17/2004 | MTG | Class Meeting | | | | | | |
| 08/18/2004 | MTG | Class Meeting | ✓ | | | 12:40PM | 1:30PM | |
| 08/19/2004 | MTG | Class Meeting | ✓ | | | 12:40PM | 1:30PM | |
| 08/23/2004 | MTG | Class Meeting | ✓ | | | 12:40PM | 1:30PM | |
| 08/24/2004 | MTG | Class Meeting | ✓ | | | 12:40PM | 1:30PM | |
| 08/25/2004 | MTG | Class Meeting | ✓ | | | 12:40PM | 1:30PM | |
| 08/26/2004 | MTG | Class Meeting | ✓ | | | 12:40PM | 1:30PM | |



| 08/30/2004 | MTG | Class Meeting | ✓ | 12:40PM | 1:30PM |
| 08/31/2004 | MTG | Class Meeting | ✓ | 12:40PM | 1:30PM |
| 09/01/2004 | MTG | Class Meeting | | 12:40PM | 1:30PM |
| 09/02/2004 | MTG | Class Meeting | ✓ | 12:40PM | 1:30PM |
| 09/07/2004 | MTG | Class Meeting | | | |
| 09/08/2004 | MTG | Class Meeting | ✓ | 12:40PM | 1:30PM |
| 09/09/2004 | MTG | Class Meeting | ✓ | 12:40PM | 1:30PM |
| 09/13/2004 | MTG | Class Meeting | ✓ | 12:40PM | 1:30PM |
| 09/14/2004 | MTG | Class Meeting | ✓ | 12:40PM | 1:30PM |
| 09/15/2004 | MTG | Class Meeting | ✓ | 12:40PM | 1:30PM |
| 09/16/2004 | MTG | Class Meeting | ✓ | 12:40PM | 1:30PM |
| 09/20/2004 | MTG | Class Meeting | | | |
| 09/21/2004 | MTG | Class Meeting | ✓ | 12:40PM | 1:30PM |
| 09/22/2004 | MTG | Class Meeting | ✓ | 12:40PM | 1:30PM |
| 09/23/2004 | MTG | Class Meeting | ✓ | 12:40PM | 1:30PM |
| 09/27/2004 | MTG | Class Meeting | ✓ | 12:40PM | 1:30PM |
| 09/28/2004 | MTG | Class Meeting | ✓ | 12:40PM | 1:30PM |
| 09/29/2004 | MTG | Class Meeting | ✓ | 12:40PM | 1:30PM |
| 09/30/2004 | MTG | Class Meeting | ✓ | 12:40PM | 1:30PM |

Return To Student Attendance

Save

Home  >  Manage Student Records  >  Manage Academic Records  >  Use  >  **Student Attendance Roster**  New Window

# Student Attendance Roster

Eric Ballesteros                                                    **ID:**   1640632

| | | | | | | |
|---|---|---|---|---|---|---|
| **Term:** | July 2004 Quarter | **Academic Career:** | Undergraduate | **Academic Institution:** | Heald-San Francisco Campus | |

| | | | | |
|---|---|---|---|---|
| **Class Nbr:** | 30540 | Introduction to Physics | **Class Section:** 0001 | |
| **Catalog Subject Area:** | PHYSICS  270 | | **Course Component:** | Lecture |
| **Nbr:** | | | | |
| **Academic Group:** | Technology Programs | | **Session:** | Regular |
| **Status/ Reason:** | Enrolled    /    Enrolled | | | |
| | Periclakes, Emmanuel Michael | | **Status Date:** | 06/01/2004 |

| Attendance Date | Type | Description | Present | Tardy | Left Early | From Time | To Time | Te |
|---|---|---|---|---|---|---|---|---|
| 07/22/2004 | MTG | Class Meeting | ✓ | | | 9:50AM | 11:30AM | |
| 07/27/2004 | MTG | Class Meeting | ✓ | | | 9:50AM | 11:30AM | |
| 08/03/2004 | MTG | Class Meeting | ✓ | | | 9:50AM | 11:30AM | |
| 08/05/2004 | MTG | Class Meeting | | | | | | |
| 08/10/2004 | MTG | Class Meeting | ✓ | | | 9:50AM | 11:30AM | |
| 08/12/2004 | MTG | Class Meeting | ✓ | | | 9:50AM | 11:30AM | |
| 08/17/2004 | MTG | Class Meeting | | | | | | |
| 08/19/2004 | MTG | Class Meeting | ✓ | | | 9:50AM | 11:30AM | |
| 08/24/2004 | MTG | Class Meeting | ✓ | | | 9:50AM | 11:30AM | |
| 08/26/2004 | MTG | Class Meeting | | | | | | |
| 08/31/2004 | MTG | Class Meeting | ✓ | | | 9:50AM | 11:30AM | |
| 09/02/2004 | MTG | Class Meeting | ✓ | | | 9:50AM | 11:30AM | |
| 09/07/2004 | MTG | Class Meeting | | | | | | |
| 09/09/2004 | MTG | Class Meeting | ✓ | | | 9:50AM | 11:30AM | |
| 09/14/2004 | MTG | Class Meeting | ✓ | | | 9:50AM | 11:30AM | |
| 09/16/2004 | MTG | Class Meeting | ✓ | | | 9:50AM | 11:30AM | |
| 09/21/2004 | MTG | Class Meeting | ✓ | | | 9:50AM | 11:30AM | |
| 09/23/2004 | MTG | Class Meeting | ✓ | | | 9:50AM | 11:30AM | |
| 09/28/2004 | MTG | Class Meeting | ✓ | | | 9:50AM | 11:30AM | |
| 09/30/2004 | MTG | Class Meeting | ✓ | | | 9:50AM | 11:30AM | |

Return To Student Attendance

Home > Manage Student Records > Manage Academic Records > Use > **Student Attendance Roster** New Window

## Student Attendance Roster

Eric Ballesteros            **ID:**   1640632

| | | | |
|---|---|---|---|
| **Term:** July 2004 Quarter | **Academic Career:** Undergraduate | **Academic Institution:** | Heald-San Francisco Campus |

| | | | |
|---|---|---|---|
| **Class Nbr:** | 30544   Introduction to Linux | **Class Section:** 0001 | |
| **Catalog Subject Area: Nbr:** | INFOTECH 220 | **Course Component:** | Lecture |
| **Academic Group:** | Technology Programs | **Session:** | Regular |
| **Status/ Reason:** | Enrolled / Enrolled | **Status Date:** | 06/01/2004 |
| | Farwood,Dean | | |

| Attendance Date | Type | Description | Present | Tardy | Left Early | From Time | To Time | Te |
|---|---|---|---|---|---|---|---|---|
| 07/21/2004 | MTG | Class Meeting | ✓ | | | 8:00AM | 9:40AM | |
| 07/26/2004 | MTG | Class Meeting | | | | | | |
| 07/26/2004 | MTG | Class Meeting | | | | | | |
| 07/27/2004 | MTG | Class Meeting | ✓ | | | 11:40AM | 12:30PM | |
| 07/28/2004 | MTG | Class Meeting | ✓ | | | 8:00AM | 9:40AM | |
| 07/28/2004 | MTG | Class Meeting | ✓ | | | 8:00AM | 9:40AM | |
| 07/28/2004 | MTG | Class Meeting | ✓ | | | 8:00AM | 9:40AM | |
| 07/28/2004 | MTG | Class Meeting | ✓ | | | 11:40AM | 12:30PM | |
| 07/29/2004 | MTG | Class Meeting | ✓ | | | 11:40AM | 12:30PM | |
| 08/02/2004 | MTG | Class Meeting | ✓ | | | 11:40AM | 12:30PM | |
| 08/03/2004 | MTG | Class Meeting | ✓ | | | 11:40AM | 12:30PM | |
| 08/04/2004 | MTG | Class Meeting | ✓ | | | 8:00AM | 9:40AM | |
| 08/04/2004 | MTG | Class Meeting | ✓ | | | 8:00AM | 9:40AM | |
| 08/04/2004 | MTG | Class Meeting | ✓ | | | 11:40AM | 12:30PM | |
| 08/05/2004 | MTG | Class Meeting | ✓ | | | 11:40AM | 12:30PM | |
| 08/09/2004 | MTG | Class Meeting | ✓ | | | 8:00AM | 9:40AM | |
| 08/09/2004 | MTG | Class Meeting | ✓ | | | 11:40AM | 12:30PM | |
| 08/10/2004 | MTG | Class Meeting | ✓ | | | 11:40AM | 12:30PM | |
| 08/11/2004 | MTG | Class Meeting | ✓ | | | 8:00AM | 9:40AM | |
| 08/11/2004 | MTG | Class Meeting | ✓ | | | 8:00AM | 9:40AM | |
| 08/11/2004 | MTG | Class Meeting | ✓ | | | 8:00AM | 9:40AM | |
| 08/11/2004 | MTG | Class Meeting | ✓ | | | 11:40AM | 12:30PM | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 08/12/2004 | 📅 | MTG | 🔍 | Class Meeting | ✓ | 11:40AM | 12:30PM |
| 08/16/2004 | 📅 | MTG | 🔍 | Class Meeting | | | |
| 08/16/2004 | 📅 | MTG | 🔍 | Class Meeting | | | |
| 08/17/2004 | 📅 | MTG | 🔍 | Class Meeting | | | |
| 08/18/2004 | 📅 | MTG | 🔍 | Class Meeting | ✓ | 8:00AM | 9:40AM |
| 08/18/2004 | 📅 | MTG | 🔍 | Class Meeting | ✓ | 8:00AM | 9:40AM |
| 08/18/2004 | 📅 | MTG | 🔍 | Class Meeting | ✓ | 11:40AM | 12:30PM |
| 08/19/2004 | 📅 | MTG | 🔍 | Class Meeting | ✓ | 11:40AM | 12:30PM |
| 08/23/2004 | 📅 | MTG | 🔍 | Class Meeting | ✓ | 8:00AM | 9:40AM |
| 08/23/2004 | 📅 | MTG | 🔍 | Class Meeting | ✓ | 11:40AM | 12:30PM |
| 08/24/2004 | 📅 | MTG | 🔍 | Class Meeting | ✓ | 11:40AM | 12:30PM |
| 08/25/2004 | 📅 | MTG | 🔍 | Class Meeting | ✓ | 8:00AM | 9:40AM |
| 08/25/2004 | 📅 | MTG | 🔍 | Class Meeting | ✓ | 8:00AM | 9:40AM |
| 08/25/2004 | 📅 | MTG | 🔍 | Class Meeting | ✓ | 11:40AM | 12:30PM |
| 08/26/2004 | 📅 | MTG | 🔍 | Class Meeting | ✓ | 11:40AM | 12:30PM |
| 08/30/2004 | 📅 | MTG | 🔍 | Class Meeting | ✓ | 8:00AM | 9:40AM |
| 08/30/2004 | 📅 | MTG | 🔍 | Class Meeting | ✓ | 11:40AM | 12:30PM |
| 08/31/2004 | 📅 | MTG | 🔍 | Class Meeting | ✓ | 11:40AM | 12:30PM |
| 09/01/2004 | 📅 | MTG | 🔍 | Class Meeting | ✓ | 8:00AM | 9:40AM |
| 09/01/2004 | 📅 | MTG | 🔍 | Class Meeting | ✓ | 8:00AM | 9:40AM |
| 09/01/2004 | 📅 | MTG | 🔍 | Class Meeting | ✓ | 11:40AM | 12:30PM |
| 09/02/2004 | 📅 | MTG | 🔍 | Class Meeting | ✓ | 11:40AM | 12:30PM |
| 09/07/2004 | 📅 | MTG | 🔍 | Class Meeting | | | |
| 09/08/2004 | 📅 | MTG | 🔍 | Class Meeting | | | |
| 09/08/2004 | 📅 | MTG | 🔍 | Class Meeting | | | |
| 09/08/2004 | 📅 | MTG | 🔍 | Class Meeting | ✓ | 11:40AM | 12:30PM |
| 09/09/2004 | 📅 | MTG | 🔍 | Class Meeting | ✓ | 11:40AM | 12:30PM |
| 09/13/2004 | 📅 | MTG | 🔍 | Class Meeting | ✓ | 8:00AM | 9:40AM |
| 09/13/2004 | 📅 | MTG | 🔍 | Class Meeting | ✓ | 11:40AM | 12:30PM |
| 09/14/2004 | 📅 | MTG | 🔍 | Class Meeting | ✓ | 11:40AM | 12:30PM |
| 09/15/2004 | 📅 | MTG | 🔍 | Class Meeting | ✓ | 8:00AM | 9:40AM |
| 09/15/2004 | 📅 | MTG | 🔍 | Class Meeting | ✓ | 8:00AM | 9:40AM |
| 09/15/2004 | 📅 | MTG | 🔍 | Class Meeting | ✓ | 11:40AM | 12:30PM |
| 09/16/2004 | 📅 | MTG | 🔍 | Class Meeting | ✓ | 11:40AM | 12:30PM |
| 09/20/2004 | 📅 | MTG | 🔍 | Class Meeting | | | |
| | | | | Class Meeting | | | |



| 09/20/2004 | MTG | | | | | |
| 09/21/2004 | MTG | Class Meeting | ✓ | | 11:40AM | 12:30PM |
| 09/22/2004 | MTG | Class Meeting | ✓ | | 8:00AM | 9:40AM |
| 09/22/2004 | MTG | Class Meeting | ✓ | | 8:00AM | 9:40AM |
| 09/22/2004 | MTG | Class Meeting | ✓ | | 11:40AM | 12:30PM |
| 09/23/2004 | MTG | Class Meeting | ✓ | | 11:40AM | 12:30PM |
| 09/27/2004 | MTG | Class Meeting | ✓ | | 8:00AM | 9:40AM |
| 09/27/2004 | MTG | Class Meeting | ✓ | | 11:40AM | 12:30PM |
| 09/28/2004 | MTG | Class Meeting | ✓ | | 11:40AM | 12:30PM |
| 09/29/2004 | MTG | Class Meeting | ✓ | | 8:00AM | 9:40AM |
| 09/29/2004 | MTG | Class Meeting | ✓ | | 8:00AM | 9:40AM |
| 09/29/2004 | MTG | Class Meeting | ✓ | | 11:40AM | 12:30PM |
| 09/30/2004 | MTG | Class Meeting | ✓ | | 11:40AM | 12:30PM |

Return To Student Attendance

 Save

Home > Manage Student Records > Manage Academic Records > Use > **Student Attendance Roster** New Window

## Student Attendance Roster

Eric Ballesteros                                          **ID:**  1640632

| | | | |
|---|---|---|---|
| **Term:** July 2004 Quarter | **Academic Career:** Undergraduate | **Academic Institution:** | Heald-San Francisco Campus |

| | | | |
|---|---|---|---|
| **Class Nbr:** | 30545 | Graduation Project, Plan Phase | **Class Section:** 0001 |
| **CatalogSubject Area: Nbr:** | INFOTECH 211 | | **Course Component:** Lecture |
| **Academic Group:** | Technology Programs | | **Session:** Regular |
| **Status/ Reason:** | Enrolled  /  Enrolled | | |
| | Erskine,Robertson | | **Status Date:** 06/01/2004 |

| Attendance Date | Type | Description | Present | Tardy | Left Early | From Time | To Time | Te |
|---|---|---|---|---|---|---|---|---|
| 07/28/2004 | MTG | Class Meeting | ✓ | | | 1:40PM | 2:30PM | |
| 08/04/2004 | MTG | Class Meeting | ✓ | | | 1:40PM | 2:30PM | |
| 08/11/2004 | MTG | Class Meeting | ✓ | | | 1:40PM | 2:30PM | |
| 08/18/2004 | MTG | Class Meeting | ✓ | | | 1:40PM | 2:30PM | |
| 08/25/2004 | MTG | Class Meeting | ✓ | | | 1:40PM | 2:30PM | |
| 09/01/2004 | MTG | Class Meeting | ✓ | | | 1:40PM | 2:30PM | |
| 09/08/2004 | MTG | Class Meeting | | | | | | |
| 09/15/2004 | MTG | Class Meeting | ✓ | | | 1:40PM | 2:30PM | |
| 09/22/2004 | MTG | Class Meeting | ✓ | | | 1:40PM | 2:30PM | |
| 09/29/2004 | MTG | Class Meeting | ✓ | | | 1:40PM | 2:30PM | |

Return To Student Attendance

 Save

Student Attendance

Home > Manage Student Records > Manage Academic Records > Use > **Student Attendance Roster** New Window

## Student Attendance Roster

Eric Ballesteros                                         **ID:**   1640632

| | | | |
|---|---|---|---|
| **Term:** | July 2004 Quarter | **Academic Career:** Undergraduate | **Academic Institution:** Heald-San Francisco Campus |

| | | | |
|---|---|---|---|
| **Class Nbr:** | 30613 | Introduction to Computer Secur | **Class Section:** 0001 |
| **Catalog Subject Area: Nbr:** | INFOTECH 260 | | **Course Component:** Lecture |
| **Academic Group:** | Technology Programs | | **Session:** Regular |
| **Status/ Reason:** | Enrolled / Enrolled | | |
| | Farwood,Dean | | **Status Date:** 07/21/2004 |

| Attendance Date | Type | Description | Present | Tardy | Left Early | From Time | To Time | Te |
|---|---|---|---|---|---|---|---|---|
| 07/21/2004 | MTG 🔍 | Class Meeting | ✓ | | | 9:50AM | 11:30AM | |
| 07/26/2004 | MTG 🔍 | Class Meeting | | | | | | |
| 07/28/2004 | MTG 🔍 | Class Meeting | ✓ | | | 9:50AM | 11:30AM | |
| 08/02/2004 | MTG 🔍 | Class Meeting | ✓ | | | 9:50AM | 11:30AM | |
| 08/04/2004 | MTG 🔍 | Class Meeting | ✓ | | | 9:50AM | 11:30AM | |
| 08/09/2004 | MTG 🔍 | Class Meeting | ✓ | | | 9:50AM | 11:30AM | |
| 08/11/2004 | MTG 🔍 | Class Meeting | ✓ | | | 9:50AM | 11:30AM | |
| 08/16/2004 | MTG 🔍 | Class Meeting | | | | | | |
| 08/18/2004 | MTG 🔍 | Class Meeting | ✓ | | | 9:50AM | 11:30AM | |
| 08/23/2004 | MTG 🔍 | Class Meeting | ✓ | | | 9:50AM | 11:30AM | |
| 08/25/2004 | MTG 🔍 | Class Meeting | ✓ | | | 9:50AM | 11:30AM | |
| 08/30/2004 | MTG 🔍 | Class Meeting | ✓ | | | 9:50AM | 11:30AM | |
| 09/01/2004 | MTG 🔍 | Class Meeting | ✓ | | | 9:50AM | 11:30AM | |
| 09/08/2004 | MTG 🔍 | Class Meeting | | | | | | |
| 09/13/2004 | MTG 🔍 | Class Meeting | ✓ | | | 9:50AM | 11:30AM | |
| 09/15/2004 | MTG 🔍 | Class Meeting | ✓ | | | 9:50AM | 11:30AM | |
| 09/20/2004 | MTG 🔍 | Class Meeting | | | | | | |
| 09/22/2004 | MTG 🔍 | Class Meeting | ✓ | | | 9:50AM | 11:30AM | |
| 09/27/2004 | MTG 🔍 | Class Meeting | ✓ | | | 9:50AM | 11:30AM | |
| 09/29/2004 | MTG 🔍 | Class Meeting | ✓ | | | 9:50AM | 11:30AM | |

Return To Student Attendance

Home > Manage Student Records > Manage Academic Records > Use > **Student Attendance Roster** New Window

## Student Attendance Roster

Eric Ballesteros                                                    **ID:**    1640632

| | | | | |
|---|---|---|---|---|
| **Term:** | January 2005 Quarter | **Academic Career:** | Undergraduate | **Academic Institution:** Heald-San Francisco Campus |

| | | |
|---|---|---|
| **Class Nbr:** | 1461    Introduction to Linux | **Class Section:** 0001 |
| **Catalog Subject Area: Nbr:** | INFOTECH 220 | **Course Component:** Lecture |
| **Academic Group:** | Technology Programs | **Session:** Regular |
| **Status/ Reason:** | Enrolled    /    Enrolled | |
| | Farwood,Dean | **Status Date:** 12/16/2004 |

| Attendance Date | Type | Description | Present | Tardy | Left Early | From Time | To Time | Te |
|---|---|---|---|---|---|---|---|---|
| 01/26/2005 | MTG 🔍 | Class Meeting | ☐ | | | 8:00AM | 9:50AM | |
| 01/27/2005 | MTG 🔍 | Class Meeting | ☑ | ☐ | ☐ | 8:00AM | 9:50AM | |
| 01/31/2005 | MTG 🔍 | Class Meeting | ☑ | ☐ | ☐ | 8:00AM | 9:50AM | |
| 02/01/2005 | MTG 🔍 | Class Meeting | ☑ | ☐ | ☐ | 8:00AM | 9:50AM | |
| 02/02/2005 | MTG 🔍 | Class Meeting | ☑ | ☐ | ☐ | 8:00AM | 9:50AM | |
| 02/03/2005 | MTG 🔍 | Class Meeting | ☑ | ☐ | ☐ | 8:00AM | 9:50AM | |
| 02/07/2005 | MTG 🔍 | Class Meeting | ☑ | ☐ | ☐ | 8:00AM | 9:50AM | |
| 02/08/2005 | MTG 🔍 | Class Meeting | ☑ | ☐ | | 8:00AM | 9:50AM | |
| 02/09/2005 | MTG 🔍 | Class Meeting | ☐ | | | 8:00AM | 9:50AM | |
| 02/10/2005 | MTG 🔍 | Class Meeting | ☑ | ☐ | ☐ | 8:00AM | 9:50AM | |
| 02/14/2005 | MTG 🔍 | Class Meeting | ☑ | ☐ | ☐ | 8:00AM | 9:50AM | |
| 02/15/2005 | MTG 🔍 | Class Meeting | ☑ | ☐ | ☐ | 8:00AM | 9:50AM | |
| 02/16/2005 | MTG 🔍 | Class Meeting | ☑ | ☐ | ☐ | 8:00AM | 9:50AM | |
| 02/17/2005 | MTG 🔍 | Class Meeting | ☑ | ☐ | ☐ | 8:00AM | 9:50AM | |
| 02/22/2005 | MTG 🔍 | Class Meeting | ☑ | ☐ | ☐ | 8:00AM | 9:50AM | |
| 02/23/2005 | MTG 🔍 | Class Meeting | ☑ | ☐ | ☐ | 8:00AM | 9:50AM | |
| 02/24/2005 | MTG 🔍 | Class Meeting | ☑ | ☐ | ☐ | 8:00AM | 9:50AM | |
| 02/28/2005 | MTG 🔍 | Class Meeting | ☑ | ☐ | | 8:00AM | 9:50AM | |
| 03/01/2005 | MTG 🔍 | Class Meeting | ☐ | | | 8:00AM | 9:50AM | |
| 03/02/2005 | MTG 🔍 | Class Meeting | ☑ | ☐ | ☐ | 8:00AM | 9:50AM | |
| 03/03/2005 | MTG 🔍 | Class Meeting | ☑ | ☐ | ☐ | 8:00AM | 9:50AM | |
| 03/07/2005 | MTG 🔍 | Class Meeting | ☑ | ☐ | ☐ | 8:00AM | 9:50AM | |



| Date | | | Description | | | | Start | End |
|---|---|---|---|---|---|---|---|---|
| 03/08/2005 | 📅 | MTG 🔍 | Class Meeting | ☑ | ☐ | ☐ | 8:00AM | 9:50AM |
| 03/09/2005 | 📅 | MTG 🔍 | Class Meeting | ☐ | | | 8:00AM | 9:50AM |
| 03/10/2005 | 📅 | MTG 🔍 | Class Meeting | ☑ | ☐ | ☐ | 8:00AM | 9:50AM |
| 03/14/2005 | 📅 | MTG 🔍 | Class Meeting | ☑ | ☐ | ☐ | 8:00AM | 9:50AM |
| 03/15/2005 | 📅 | MTG 🔍 | Class Meeting | ☑ | ☐ | ☐ | 8:00AM | 9:50AM |
| 03/16/2005 | 📅 | MTG 🔍 | Class Meeting | ☑ | ☐ | ☐ | 8:00AM | 9:50AM |
| 03/17/2005 | 📅 | MTG 🔍 | Class Meeting | ☑ | ☐ | ☐ | 8:00AM | 9:50AM |
| 03/21/2005 | 📅 | MTG 🔍 | Class Meeting | ☑ | ☐ | ☐ | 8:00AM | 9:50AM |
| 03/22/2005 | 📅 | MTG 🔍 | Class Meeting | ☑ | ☐ | ☐ | 8:00AM | 9:50AM |
| 03/23/2005 | 📅 | MTG 🔍 | Class Meeting | ☑ | ☐ | ☐ | 8:00AM | 9:50AM |
| 03/24/2005 | 📅 | MTG 🔍 | Class Meeting | ☑ | ☐ | ☐ | 8:00AM | 9:50AM |
| 03/28/2005 | 📅 | MTG 🔍 | Class Meeting | ☑ | ☐ | ☐ | 8:00AM | 9:50AM |
| 03/29/2005 | 📅 | MTG 🔍 | Class Meeting | ☑ | ☐ | ☐ | 8:00AM | 9:50AM |
| 03/30/2005 | 📅 | MTG 🔍 | Class Meeting | ☐ | | | 8:00AM | 9:50AM |
| 03/31/2005 | 📅 | MTG 🔍 | Class Meeting | ☑ | ☐ | ☐ | 8:00AM | 9:50AM |
| 04/04/2005 | 📅 | MTG 🔍 | Class Meeting | ☑ | ☐ | ☐ | 8:00AM | 9:50AM |
| 04/05/2005 | 📅 | MTG 🔍 | Class Meeting | ☑ | ☐ | ☐ | 8:00AM | 9:50AM |
| 04/06/2005 | 📅 | MTG 🔍 | Class Meeting | ☑ | ☐ | ☐ | 8:00AM | 9:50AM |
| 04/07/2005 | 📅 | MTG 🔍 | Class Meeting | ☑ | ☐ | ☐ | 8:00AM | 9:50AM |

Return To Student Attendance

💾 Save

**Individual Student Absences by Period**
**April, 2004**



## San Francisco, California

| **Ballesteros, Eric** | | Session: Day | Home Phone: 415-239-6736 | SSN: 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 |
|---|---|---|---|---|

| C215-D1A | TH | | |
|---|---|---|---|
| | | 4/20/2004  12:00:00AM | |
| **Section C215-D1A Total absences** | | **1** | |
| | | 6/15/2004  12:00:00AM | |
| **Section C215-D1A Total tardy** | | **1** | |
| D221-D1A | MW | | |
| | | 4/19/2004  12:00:00AM | |
| | | 4/26/2004  12:00:00AM | |
| | | 5/3/2004  12:00:00AM | |
| | | 6/2/2004  12:00:00AM | |
| | | 6/7/2004  12:00:00AM | |
| | | 6/21/2004  12:00:00AM | |
| **Section D221-D1A Total absences** | | **6** | |
| | | 5/10/2004  12:00:00AM | |
| | | 5/17/2004  12:00:00AM | |
| **Section D221-D1A Total tardy** | | **2** | |
| E205-D4A | MW | | |
| | | 4/19/2004  12:00:00AM | |
| | | 6/7/2004  12:00:00AM | |
| | | 6/21/2004  12:00:00AM | |
| **Section E205-D4A Total absences** | | **3** | |
| M121-D6A | MTWH | | |
| | | 4/19/2004  12:00:00AM | |
| | | 4/20/2004  12:00:00AM | |
| | | 6/2/2004  12:00:00AM | |
| | | 6/7/2004  12:00:00AM | |
| | | 6/21/2004  12:00:00AM | |
| **Section M121-D6A Total absences** | | **5** | |